satisfied that the defendant would make a prudent and proper use of such part of the estate, was properly stricken out. It was a matter discretionary with the executor, and formed no part of the controversy which the action sought a settlement of.

APPEAL from an order striking out a portion of the answer of the defendant William T. McLean.

*F. & E. Tillou,* for the appellant.

*Alfred W. Lowerre,* for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and BRADY, J., concurred.

Order affirmed, with ten dollars costs, besides disbursements.

---

EDMUND COFFIN, APPELLANT, *v.* RICHARD COKE, GOV-ERNOR OF THE STATE OF TEXAS, THE STATE OF TEXAS AND OTHERS, RESPONDENTS.

*Agent — compensation of — action for against a State.*

APPEAL from an order denying a motion for an injunction and receiver, in an action brought to recover compensation for services alleged to have been rendered by the plaintiff as agent, and to have the amount due him determined and paid to him. The plaintiff was employed to negotiate the sale of certain Texas State bonds, under an agreement by which his compensation for all services and expenses was to be a percentage not to exceed two per cent of the proceeds of the bonds sold, and that the State of Texas should in no event be responsible for more than two per cent of the proceeds of the bonds sold. He never sold any bonds, and the agency was, before the commencement of this action, taken out of his hands. The court was of opinion that the plaintiff was concluded by the agreement, and could only recover in case of a sale by him. The court did not consider the question of its jurisdiction of an action brought against the State of Texas.

*Edmund Coffin, Jr.,* for the appellant.

*Rastus R. Ransom,* for the respondents.

Opinion by DANIELS, J.

DAVIS, P. J., and BRADY, J., concurred.

Order affirmed, with ten dollars costs, besides disbursements.

---

CLINTON H. BLAKE AND ANOTHER, RESPONDENTS, *v.* SIEGEL
BERNHARD, APPELLANT.

*Attachment — when fraudulent design sufficiently shown.*

THIS was an appeal from an order denying a motion to set aside an attachment granted on the affidavit of the plaintiff, averring that he had been informed and believed that the defendant contracted the debt fraudulently ; that the defendant was then engaged in putting all his property out of his hands ; and that defendant proposed to refuse payment of his obligations, and defraud his creditors, in pursuance of a plan determined upon before the purchase of the goods sold him by the plaintiff. It also alleged that the plaintiff's father informed deponent that he had called on defendant and charged him with the facts stated, and defendant did not deny their truth, but promised to call and see deponent in relation to an immediate payment of his claim. The affidavit was corroborated by that of the plaintiff's father. *Held,* that sufficient grounds for the issuing of an attachment had been shown, and that the omission by the defendant to deny the charges of plaintiff's father, and his promise to call and pay the claim, were an acknowledgment of their truth, and made out a *prima facie* case of fraudulent design.

*Adolph L. Sanger,* for the appellant.

*George S. Sedgwick,* for the respondents.

Opinion by BRADY, J.

DANIELS, J., concurred.

Order affirmed, with ten dollars costs, besides disbursements.